JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DANIEL MANCHA<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DISTRIBUTION CENTERS, LLC; ERIN SINGLY – NOONE; NICHOLAS CAROPINO; LIZ MENDOZA; and DOES 1 to 100, inclusive,<br><br>Defendants. | CASE NO.: 5:25-cv-01089 AB (SPx)<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION TO REMAND TO STATE COURT** |

Pursuant to the parties' stipulation, this matter is **REMANDED** to Riverside County Superior Court.

**IT IS SO ORDERED.**

DATED: May 21, 2025

_____
Hon. André Birotte, Jr.
United States District Court Judge